Hand-Delivered

FILED
CHARLOTTE, NC
APR - 5 2019
US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Jamal Fareed
Plaintiff,

COMPLAINT

vs.

Brandon Blackmon

Case No. 3:19cv170

Defendant(s).

## A. JURISDICTION

Jurisdiction is proper in this court according to:

✓ 42 U.S.C. §1983

___ 42 U.S.C. §1985

___ Other (Please specify) _____

## B. PARTIES

1. Name of Plaintiff: Jamal Fareed
   Address: 9815 Sam Furr Rd Apt. 25
   Huntersville, NC 28078

2. Name of Defendant: Brandon Blackmon
   Address: 515 Clanton Rd.
   Charlotte, NC 28217

Is employed as MA, LMFT at McLeod Addictive Disease Center
(Position/Title)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES_____ NO __✓__, if "YES" briefly explain:
_____
_____

3. Name of Defendant: **Brandon Blackmon**
   Address: 515 Clanton Rd.
   Charlotte, N.C. 28217
   ATTN: 521 Clanton Rd.   J.G.

   Is employed as __M.A, LMFT__ at __McLeod Addictive__
   (Position/Title)     (Organization)   __Disease Center__

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES_____ NO __✓__, if "YES" briefly explain:
   _____
   _____

4. Name of Defendant:_____
   Address:_____
   _____
   _____

   Is employed as _____ at _____
   (Position/Title)        (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES_____ NO _____, if "YES" briefly explain:
   _____
   _____

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

Please see attached 10 sheets, made a part hereof this claim (i.e. 1-10 sheets)

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count 1: _____
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
   I was unreasonably detoxed off of 135 mg of Methedone in 10 days, unjustified... to hurt, pains, suffered withdrawal pains!

b. (1) Count 2: _____
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
   I was denied legal sufficiant accusatory instrument for Appeal purposes! deny Right of Appeal

## E. INJURY

How have you been injured by the actions of the defendant(s)?

Unreasonable detox off of 135 mg. of Methedone in 10 days caused me to hurt, suffer pain all in my body, withdrawal pain, hurt, suffering, no sleep, sweats all day, night, sneezing, nose running-hurt, suffering mental torture, physical torture! against my will!

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?   YES _____   NO __✓__

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s): _____

Defendants(s): _____

2. Name of court and case or docket number:

_____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____
_____
_____

4. Issued raised:

_____
_____
_____

5. When did you file the lawsuit? _____
   Date: Month/Year

6. When was it (will it be) decided? _____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?   YES __✓__   NO _____

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought. I Appealed I asked to be restored to 100 mg and come down slowly...

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

Maximum Amount for mental, physical anguish, pain, suffering hurt, from unreasonable detox withdrawal from Methedone (i.e at least $10.00 an hour, 24 hours a day for 30 days Approx $10,000.00 Any way....

JURY TRIAL REQUESTED   YES ____   NO ✓

Signed at Jamal Fareed on 4/5/2019
(Location)            (Date)

Jamal Fareed
Signature

Address: Jamal Fareed
1210 N. Tryon St.
Charlotte, N.C. 28206
Phone: 980-666-1943
E-Mail: Roseberough50@gmail.com



**McLeod**
Addictive Disease Center

## Client Grievance Form

1.

Date 3/27/19 I Jamal Fareed want a copy of the charges or violation for appeal purpose before detox begin. I want a chance to confront the people who are accusing me for appeal purpose before detox begin. I want to be heard on my appeal before detox begin. So far only one person Brandon is rising up against me, to talk to me, and I spoke to him about it 3/27 1:15. One person should not rise up against me even if I did a crime. I just want to detox by 10 mg every 2 weeks to 30 mg, then 5 mg every 2 weeks to over. I intend to go to fed court if subject to pain & suffering against my civil rights. I do not want to argue. peace 3/27/19 Jamal Fareed

| Client Name | Jamal Fareed | Signature | Jamal Fareed |

| | | | |
|---|---|---|---|
| STEP 1 | Counselor | | Date |
| STEP 2 | Program Manager | [signature] | Date 3/27/19 |
| STEP 3 | Program Director | | Date |
| STEP 4 | Vice President | | Date |
| STEP 5 | President | | Date |

* this was before I was given (To Whom it may concern)

1.



**McLeod**
Addictive Disease Center

Date:  3/27/19

Site:  McLeod Addictive Disease Center – Charlotte, NC

Name:  Jamal Fareed

To Whom It May Concern:

The above mentioned patient enrolled in the McLeod Center Methadone Program in Charlotte on February 15, 2019. Due to the selling of a non-prescribed substances on McLeod property, as witnessed by the security officer employed by McLeod, the patient has been placed on a 10-day administrative medically supervised withdrawal. The patient received a list of other MAT facilities in the area, as well as, Naloxone and education on how to use Naloxone. The patient may return to McLeod Center in 30 days after the completion of this 10-day administrative medically supervised withdrawal to re-enroll in the program, if he so chooses.

Sincerely,

Brandon Blackmon, MA, LMFT
McLeod Addictive Disease Center
Outpatient Methadone Treatment Program
Phone (704) 332-9001 Fax (704) 295-4937

This was given after I filed page 1, to Brandon Blackmon

2.

Jamal Fareed #2029218
3/27/19

Appeal

RE: Brandon Blackmon 3/27/19

I Jamal Fareed deny selling any substance at all on the property of McLeod, at any time. Brandon Blackmon did not state a date, time nor person alleged that I sold to which deny me Right to Appeal who was alledgedly sold to. There are more than one (1) security officer. Blandon did not state a officer name so I have opportunity to Appeal his rumor. One person alone can not establish the truth whatsoever.

Deut. 19:15
case in point - Anita Hill -v- Clarence Thomas. I ask that the unestablished truth of all this be thrown out of my record; restore my regular doze, please!

3.

You should prove that I sold a substance; find me guilty before you stop my dose/s, detox me off the program in 10 days. really! You should not subject me to pain/suffering from unjustified allegation(s) (A Libel)

I just want to continue 10 mg detox every 2 wks, to 30 mg, then 5 mg thereafter every 2 wks, till I am off of Methadone.

Please forgive me, if you believe I sold a substance on McLeod property. Matt. 6:14, 15; Matt. 7:17 Sincerely Jamal Fareed

I cannot afford to pay for Methadone. I choose to remain at McLeod & I respectfully detox as agreed on 3/25/19, 3/26/19, 3/27/19 Jamal Fareed

4.



**McLeod**
Addictive Disease Center

Date 3/27/19

Client ID: 2029218

3

## CLIENT GRIEVANCE FORM

I, Jamal Fareed is on 135 mg. as of 3/26/19; today 3/27/19 I was Risen upon by one sole person Brandon Blackmon in violation of Deuteronomy 19:15 "One witness is/should not rise up against anyone for any wrong, even if he or she) did commit b/the wrong. A sole person alone can no establish the truth. Brandon Blackmon have not established warrant or probable cause that I sold a non-prescribed substance on the property of McLeod on any specific day, time nor stop which was it alleged I sold to. Therefore, I ask that this matter be thrown out from against me. Please see attached papers.

Client Name: Jamal Fareed      Signature: Jamal Fareed

my cell 980-616-1943

STEP 1 _____  _____
        Counselor                        Date

STEP 2 _____  _____
        Program Manager                  Date

STEP 3 _____  _____
        Program Director                 Date

STEP 4 _____  _____
        Vice President                   Date

STEP 5 _____  _____
        President                        Date

515 Clanton Road
Charlotte, North Carolina 28217
704-332-9001    Fax 704-332-5903
*An Open House Tradition Since 1969*

5



## McLeod Addictive Disease Center

# Treatment Programs

## Residential Services

### Adult Residential
- Average stay of 28 days
- Individual, group & family therapy
- Substance abuse education, life skills & relapse prevention
- Treatment planning with licensed clinicians & aftercare



### Residential DWI
- Treatment alternative to incarceration

### Adolescent Residential
- Average stay of 90 days
- For males ages 13-17
- Individual, group & family therapy
- Educational program on campus
- Off-site recreational activities



## Outpatient Services

### Substance Abuse Intensive Outpatient (SAIOP)
- 3-4x/week based on individual need
- Individual, group & family therapy
- Substance abuse education, life skills & relapse prevention
- Treatment planning with licensed clinicians & aftercare

### Adolescent Outpatient
- Daytime treatment meets 5x/week
- Educational program on campus
- Evening treatment sessions meet 4x/week
- Individual, group & family therapy





*...we promise you will be treated with dignity, honor and respect. That is our promise, will be the basis of your experience at McLeod Center.*

### Opioid Treatment Clinic Locations:
Boone
Charlotte
Concord
Gastonia
Hickory
Lenoir
Marion
Monroe
Statesville

*In-network with Aetna, Blue Cross Blue Shield, Cigna, Magellan & United Healthcare*

*For detailed information on McLeod Center's Programs, Virtual Tours and Service Costs*

*Please Visit www.mcleodcenter.com or Call (704) 332-9001*



**McLeod**
Addictive Disease Center

# Criminal Justice Services

### Treatment Alternatives for Safer Communities (TASC)
- Designed for offenders with substance abuse & referred by the Criminal Justice System
- Services include assessment, case management, random drug screens, referrals to community resources, etc.

### Deferred Prosecution
- Designed for first time offenders
- Successful completion may result in dismissal of charges
- Cases must be screened through TASC & approved by the DA's Office prior to acceptance

### Drug Education
- 15 hour lecture series for misdemeanor alcohol or marijuana charges
- Successful completion can result in the dismissal of charges

### Cognitive Behavioral Intervention (CBI)
- 12 hour course addresses charges related to larceny, shoplifting, trespassing & resisting arrest
- Individuals learn skills to make better choices, conflict resolution, anger management, & improve impulsive behaviors

### Drug Screening Services
- Random urinalysis monitoring program
- Available as pre-employment screening for employers

### DWI Services
- Includes initial assessment, treatment & processing of the 508 form to the DMV
- 20/40/90 hour programs
- Residential DWI program available as a treatment alternative to incarceration



McLeod Center
515 Clanton Road
Charlotte, NC 28217
Phone: 704-332-9001
Fax: 704-332-0124
www.mcleodcenter.com

### John School
- 10 hour therapeutic course addresses the demand side of prostitution
- Includes clinical support, education & HIV/STD testing



*For detailed information on McLeod Center's Programs, Virtual Tours and Service Costs*

*Please Visit www.mcleodcenter.com or Call (704) 332-9001*

April 1, 19

Daryl, Counselor,

1) Jamal Fareed am appealing again, wanting to be heard on my appeals before I am detoxed off of Methedone maintenance. First of all, no one ever said "what day, and time I allegedly sold a non-prescribed substance!

2) No one even told me who did I allegedly sell a non-prescribed substance to.

3) I was told security saw me get in a car. What security was not revealed. There is more than one security?

4) I have been denied to be confronted by accuser(s); and legally sufficient probable cause to warrant a 10 day detox, off of the program in 10 days.

8

No evidence or proof of a NON-prescribed substance has been established.

comment. I told Brandon Blackman I pass out peppermints, cigerettes and both are non-prescribed substances. Brandon did not make it clear what did he mean by a NON-prescribed substance. I would not sale a Aspirin, or peppermint, see? Must I say any more? I just ask to be restored to 100 mg. and come down slowly. Respectfully
4-1-19 Jamal Fareed

given to my Counselor 4-1-19 for copies for Brandon Blackman, and Supervisor next door.
4-1-19 Jamal Fareed

Jamal Fareed #2029218   April 1, 19
                        8 A.M.
Appeal to: 515 Clanton Rd.
Supervisor over Mr.
Brandon Blackman
                Respectfully

I Jamal Fareed realize I
have been wronged, due
to my last Appeal to my
Counselor Dally on 4-1-19;
A copy is attached of my
Counselor 4-1-19 Notice/
                Respectfully
I do forgive Mr. Brandon
Blackman, I have no
malice about what has
happened to me. I am
hurting from detoxing so
quickly (i.e. 13mg a day)
unreasonably. Please
see attached Counselor
Blackman Notice. I hope
to be restored as of 4-2-19.
                Thank You
                Matt. 9:9,17
4-1-19          Jamal Fareed

10

*Brandon Blackmon gave me this sheet of clinics who char~~ge~~ do not Accept medicaid*

**Charlotte area MATs**

**QUEEN CITY TREATMENT CENTER**
6115 Hickory Grove Road
Charlotte, NC 28215
Phone: 704-532-4262
Fax: 704-532-7617
$12/day for Methadone; does not take Medicaid

**CHARLOTTE TREATMENT CENTER (aka NEW SEASONS)**
3315 Wilkinson Blvd.
Charlotte, NC 28208
Phone: 704-697-0044
Fax: 704-900-7516
$14/day for Methadone; will be able to take Medicaid at some point this year, but unclear exactly when (April '19? Sept. '19) according to their staff

**Outside Charlotte area MATs**

**YORK COUNTY TREATMENT CENTER**
377 Rubin Center Drive, Suite 101
Fort Mill, SC 29715
Phone: 803-547-7238
Fax: 803-547-7341

**ROCK HILL TREATMENT SPECIALISTS**
1274 East Main Street
Rock Hill, SC 29730
Phone: 803-526-7666
Fax: 803-526-7648

**ROWAN TREATMENT ASSOCIATES**
448 Jake Alexander Blvd.
Salisbury, NC 28147
Phone: 704-645-8539
Fax: 704-645-9003